UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAQUAN KEON JACKSON,<br><br>Defendant. | Case No. 2:20-CR-096-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DUE DATE |

This matter comes before the Court on defendant Jaquan Jackson's "Unopposed Motion to Continue Trial and Pretrial Motions Due Date." Dkt. # 52. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the stipulated motion: specifically, that the parties have not received the results of an examination of defendant's DNA sample, and defense investigators have been unable to conduct all needed in-person investigation. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between January 4, 2021 and the proposed trial date of April 19, 2021, is a reasonable period of delay. The Court finds that

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DUE DATE - 1

this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including May 3, 2021, Dkt. # 53, which will permit trial to start on April 19, 2021.

IT IS HEREBY ORDERED that the trial date shall be continued from January 4, 2021 to April 19, 2021.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to March 19, 2021.

IT IS FURTHER ORDERED that the period of time from the current trial date of January 4, 2021, up to and including May 3, 2021, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i), (iv).

DATED this 30th day of November, 2020.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DUE DATE - 2