JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-96-RSL |
| Plaintiff, | ORDER TO CONTINUE TRIAL |
| v. | |
| JAQUAN KEON JACKSON, | |
| Defendant. | |

This matter comes before the Court on the parties' motion to continue the trial date. Having thoroughly considered the motion and the relevant record, the Court finds as follows:

1. Over the past year, the COVID-19 pandemic has significantly impacted the Court's operations.  (*See* General Orders 01-20, 02-20, 07-20, 08-20, 11-20, 13-20, 15-20, 17-20, 18-20, and 04-21, each of which the Court incorporates by reference).

2. In light of the recommendations made by the Centers for Disease Control and Prevention (CDC) and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of this disease, as well as the lack of the type of personal protective equipment necessary to ensure the health and

safety of all participants, limiting the size and frequency of gatherings, including trials, remains critical to preventing serious injury and death from COVID-19. Additionally, public health guidance has impacted the number of jurors, witnesses, counsel, and Court staff that can be present in the courtroom.

3. Most recently, General Order 04-21 continues all in-person criminal jury trials until June 30, 2021, with the exception of individual cases that have been prioritized for trial. In-person criminal jury trials will begin on May 17, 2021. Only one criminal trial can safely be held in the courthouse each week.

4. Thus far, at least two criminal jury trials have been prioritized for trial based on the age of the case and the defendant's in-custody status: *United States v. McKnight*, CR18-016 TSZ, set for trial on May 17, 2021, and *United States v. Sam*, CR19-115 JCC, set for trial on June 7, 2021.

5. This case will be set for trial on May 17, 2021, or at the earliest possible trial date that will be permitted under General Order 04-21's requirement that only one criminal jury trial proceed at a time and considering the prioritization of other cases set for trial in the Seattle Courthouse, based on the age of the case and the defendant's custody status.

6. In light of these restrictions, the Court finds that "failure to grant a continuance in th[is] proceeding would be likely to make continuation of such proceeding impossible, or result in a miscarriage of justice." 18 U.S.C. § 3161(h)(7)(B)(i).

7. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendant to a speedy trial.

IT IS ORDERED that trial in this matter shall be continued to May 17, 2021, or the first possible date thereafter.

IT IS FURTHER ORDERED that the period of time from the date of this order, up to and including the trial date, shall be excludable time pursuant to 18 U.S.C. § 3161.

Dated this 29th day of March 2021.

/s/ Robert S. Lasnik
HON. ROBERT S. LASNIK
United States District Judge

Presented by:

_____
GREGORY MURPHY
Counsel for Jaquan Jackson

*Jessica M. Manca*
JESSICA M. MANCA
Assistant United States Attorney

Order Continuing Trial
*United States v. Jackson*, CR20-096 RSL- 3