UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JAQUAN JACKSON,<br><br>  Defendant. | NO. CR20-96RSL<br><br>ORDER DENYING EMERGENCY MOTION FOR RELEASE |

THIS MATTER has come before the undersigned on the emergency motion of Jaquan Jackson asking the Court to withdraw the warrant, issue a summons, and order Mr. Jackson's immediate release.

Mr. Jackson was released from King County Jail to the Federal Detention Center on February 10, 2022 and will be appearing for an initial appearance today, February 11, 2022 at 2:00 p.m.

Therefore, the Court DENIES the emergency motion as moot.

DATED this 11th day of February, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING EMERGENCY MOTION FOR RELEASE