|   |   |
|---|---|
|   | The Honorable Robert S. Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAQUAN KEON JACKSON,<br><br>Defendant. | No. CR20-96RSL<br>CR22-37RSL<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION FOR EXTENSION OF TIME AND RENOTING DEFENDANT'S MOTION FOR SEPTEMBER 23, 2022** |

THE COURT, having considered the government's motion for an extension of time to file a response to Defendant's Motion to Revoke Order Revoking Release (CR22-037, Dkt. 53; CR20-096, Dkt. 128), and finding good cause to grant the relief requested therein, hereby GRANTS the government's motion and orders as follows:

1. The government's response to Defendant's Motion to Revoke Order Revoking Release shall be due on September 19, 2022; and

//
//

ORDER - 1
*United States v. Jackson*, CR20-096 RSL / CR22-037 RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

|   |   |
|---|---|
| 1 | 2. Defendant's Motion shall be renoted for September 23, 2022. |
| 2 | |
| 3 | IT IS SO ORDERED. |
| 4 | DATED this __19th__ day of September, 2022. |

                                                  _/s/ signature/_
                                                  ROBERT S. LASNIK
                                                  United States District Judge

Presented by:

_s/ Jessica M. Manca_
JESSICA M. MANCA
Assistant United States Attorney

ORDER - 2
United States v. Jackson, CR20-096 RSL / CR22-037 RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970