JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-096-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO SEAL EXHIBIT TO DEFENSE DISPOSITION MEMORANDUM |
| JAQUAN JACKSON, | ) | |
| Defendant. | ) | |

This matter has come before the Court on Jaquan Jackson's Motion to Seal Exhibit to Defense Disposition Memorandum. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that Exhibit 1 be sealed until further order of the Court.

DATED this 15th day of June 2023.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL EXHIBIT TO
DEFENSE DISPOSITION MEMORANDUM
(*US v. Jackson*, CR20-096-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100